# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2014

148332 & (76)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SC: 148332
COA: 305437
Genesee CC: 10-027124-FH

DARYL EDWARD SMITH,
     Defendant-Appellant.

_____/

     On order of the Court, the motion for permission to file pro per supplement is GRANTED. The application for leave to appeal the October 31, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014 _____


                          Clerk

p0616